UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DELMART EDWARD VREELAND, II.

   Applicant,          No. 05-cv-01652-PSF-CBS

                  Hon. PHILLIP S. FIGA

v.

SHERIFF ACREE, Douglas County
Colorado Sheriff,
GOVERNOR JENNIFER GRANHOLM,
State of Michigan, and
GOVERNOR BILL OWENS, State of
Colorado,

   Respondents.

PETITION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICATUM

  Thomas E. Henry, Attorney for the above named Applicant, alleges and states to the Court as follows:

1. Delmart Edward Vreeland is presently in the custody of the Douglas County Sheriffs office and is being held in the Douglas County Justice Center detention facility located in Douglas County Colorado.
2. The presence of Delmart Edward Vreeland in this Court is necessary and required for a hearing scheduled before the Honorable Philipp S. Figa on Ocotober 12, 2005 at 9:00 AM.

  WHEREFORE, undersigned attorney for Applicant, requests this Court to enter an Order directing that the Douglas County Colorado Sheriffs office and/or the Director of the referenced detention facility holding the Applicant in Douglas County, Colorado be directed by this Court to produce said Applicant in this Court on the date and at the time stated above. After the Applicant appears in this Court he will be returned to the custody of the Douglas County, Colorado officials and returned accordingly to the place of detention.

Respectfully submitted this 6th day of October, 2005.

_____

Thomas E. Henry

Attorney for the Applicant

1125 South 79th Street

Omaha, Nebraska 68124

Ph: 402-614-2057

Fax:  800-418-5873

thomasesq_232@hotmai.com