IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01652-PSF-CBS

DELMART E.J.M. VREELAND, II,

    Petitioner,

v.

SHERIFF ACREE, Douglas County, Colorado, Sheriff;
GOVERNOR JENNIFER GRANHOLM, State of Michigan; and
GOVERNOR BILL OWENS, State of Colorado,

    Respondents.

## ORDER ON MOTION FOR RECONSIDERATION AND/OR MODIFICATION

This matter is before the Court on Petitioner's Motion for Reconsideration and/or Modification of Court Ruling (Dkt. # 24), filed October 16, 2005.  No defendant has filed a response.

Delmart Vreeland filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §§ 2254 and 2241 and Other Extraordinary Relief (Dkt. # 1) on August 25, 2005.  On the same day, Mr. Vreeland filed an Emergency Motion and Request for Expedited Hearing (Dkt. # 2).  After briefing, the case was set for an expedited hearing on October 12, 2005.  At the conclusion of the hearing, this Court entered an Order denying the habeas application and dismissing the petition with prejudice (Dkt. # 22).

The Federal Rules of Civil Procedure do not recognize a motion for reconsideration.  *See Price v. Philpot*, 420 F.3d 1158, 1167 n.9 (10th Cir.2005) (motion for reconsideration should be construed either as motion to alter or amend a judgment

pursuant to F.R.Civ.P. 59(e) or as F.R.Civ.P. 60(b) motion for relief from judgment). Because the motion was filed within ten days after entry of judgment, it is treated as a motion to alter or amend under Rule 59(e). *Id.*

Mr. Vreeland does not raise new facts or issues in his Motion. Rather, he merely restates his earlier position regarding his fugitive status. There is no basis on which to alter or amend the earlier judgment.

Accordingly, it is ordered that the Motion for reconsideration, filed October 16, 2005 (Dkt. # 24), is DENIED.

DATED: December 1, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge